1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTAL MARIE ABDELAZIZ, AHMED ALY AHMED ABDELAZIZ, LIZZIE SHIRLEY BAXTER, MATALENA FAGAATAU, JOHNNY DINH LE, YESENIA LE, ALINA ISABEL FLORES, MARIA ISABEL GODINEZ MONTES, VONGPHACHAN INPONG, BOUAKEO INPONG, MARK RYAN GONZALES CATABAY, MARIA GONZALES CATABAY, WILLIAM LAZZERO LINDAL, CLAUDIA CONSUELO ROJAS GUZMAN,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, UR JADDOU, Director, U.S. Citizenship and Immigration Services, LEANNE LEIGH, Acting Director, NW District W41, TAMMY MILLER, Acting Director, Seattle Field Office, LAURA B. ZUCHOWSKI, Director Vermont Service Center, TERRI A. ROBINSON, Director, National Benefits Center, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | CASE NO. 2:23-cv-1582<br><br>MINUTE ORDER |

MINUTE ORDER - 1

Defendants.

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This matter comes before the Court on the parties' proposed order to hold the case in abeyance. Dkt. No. 6. The U.S. District Court for the Western District of Washington Electronic Filing Procedures for Civil and Criminal Cases requires that all proposed orders must also be attached as a Word or Word-compatible file to an email sent to the email address of the assigned judge. No word file has been provided. The Court directs the parties to submit the proposed order as a Word or Word-compatible file by e-mail to: WhiteheadOrders@wawd.uscourts.gov.

Dated this 31st day of January 2024.

Ravi Subramanian
Clerk

/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2