District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTAL MARIE ABDELAZIZ, LIZZIE SHIRELY BAXTER, MATALENA FAGAATAU, JOHNNY DINH LE, YESENIA LE, ALINA ISABEL FLORES, MARIA ISABEL GODINEZ MONTES, VONGPHACHAN INPONG, BOUAKEO INPONG, MARK RYAN GONZALES CATABAY, MARIA GONZALES CATABAY, WILLIAM LAZZERO LINDAL, CLAUDIA CONSUELO ROJAS GUZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, UR JADDOU, Director, U.S. Citizenship and Immigration Services, LEANNE LEIGH, Acting Director, NW District W41, USCIS, TAMMY MILLER, Acting Director, Seattle Field Office, USCIS, LAURA B. ZUCHOWSKI, Director, Vermont Service Center, USCIS, TERRI A. ROBINSON, Director, National Benefits Center, USCIS, DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | No. 2:23-cv-1582<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>December 21, 2023 |

|   |   |
|---|---|
| 1 | Defendants. |
| 2 |   |

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-485, Applications to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is due on December 22, 2023. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until February 20, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has resolved the claims of six out of the fourteen Plaintiffs. Plaintiffs' counsel will be filing a second amended complaint removing these named plaintiffs. The parties agree that this will be the last amendment to the complaint. USCIS is actively reviewing the remaining cases but needs additional time to obtain files and schedule interviews. Also, Plaintiffs' counsel intends to add two new plaintiffs when amending the complaint. USCIS will need additional time to review these administrative cases to determine if resolution is possible.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until February 20, 2024. The parties will submit a joint status report on or before February 20, 2024.

| | |
|---|---|
| Dated: December 21, 2023 | Respectfully submitted, |
| | TESSA M. GORMAN<br>Acting United States Attorney |
| | *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 206-428-3824<br>Email: michelle.lambert@usdoj.gov<br>*Attorneys for Defendants* |
| | **I certify that this memorandum contains 281 words, in compliance with the Local Civil Rules.** |
| | *s/ Bart Klein*<br>BART KLEIN WSBA# 10909<br>Law Offices of Bart Klein<br>605 First Avenue, #500<br>Seattle, Washington 98104<br>Phone: 206-755-5651<br>Email: bart.klein@bartklein.com<br>*Attorney for Plaintiffs* |

STIPULATED MOTION FOR ABEYANCE - 3
2:23-cv-1582-JNW

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until February 20, 2024.  The parties shall submit a joint status report on or before February 20, 2024.  It is so **ORDERED**.

DATED this 1st day of February, 2023.

*[signature]*

Jamal N. Whitehead
United States District Judge