District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTAL MARIE ABDELAZIZ, *et al.*,

Plaintiffs,

v.

ALEJANDRO MAYORKAS, *et al.*,

Defendants.

No. 2:23-cv-1582

STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER

Noted for Consideration:
February 15, 2024

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g), and 16, jointly stipulate and move to stay these proceedings for an additional thirty days. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-485, Applications to Register Permanent Residence or Adjust Status. The case is currently stayed through February 20, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until March 21, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has resolved the claims of all but four named Plaintiffs. In addition, the parties are also attempting to resolve two unnamed plaintiffs' administrative cases obviating the need for a second amended complaint. However, if an amended complaint is filed, the parties agree that this will be the last amendment to the complaint. USCIS is actively reviewing the remaining cases but needs additional time to obtain files and schedule interviews.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until March 21, 2024. The parties will submit a joint status report on or before March 21, 2024.

Dated: February 16, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 308 words, in compliance with the Local Civil Rules.***

*s/ Bart Klein*
BART KLEIN WSBA# 10909
Law Offices of Bart Klein
605 First Avenue, #500
Seattle, Washington 98104
Phone: 206-755-5651
Email: bart.klein@bartklein.com
*Attorney for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE
2:23-cv-1582-JNW
- 3
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The case is held in abeyance until March 21, 2024. The parties shall submit a joint status report on or before March 21, 2024. It is so **ORDERED**.

DATED this 15th day of February, 2024.

Jamal N. Whitehead
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970