1

District Judge Jamal N. Whitehead

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

CHRISTAL MARIE ABDELAZIZ, *et al.*,

Plaintiffs,

10

v.

11

ALEJANDRO MAYORKAS, *et al.*,

12

Defendants.

13

No. 2:23-cv-1582-JNW

STIPULATED MOTION TO DISMISS
AND ORDER

Noted for Consideration:
March 18, 2024

14

15

        Pursuant to Federal Rule of Civil Procedure 41(a), the parties request that the case be

16

dismissed without prejudice with each party to bear their own costs and attorneys' fees.  The claims

17

raised in the Complaint have been resolved.

Dated: March 15, 2024

18

19

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

20

21

22

23

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*

24

STIPULATED MOTION                                    - 1
 2:23-cv-1582-JNW

1

2

*I certify that this memorandum contains 38 words, in compliance with the Local Civil Rules.*

3

4   <u>s/ Bart Klein</u>
BART KLEIN WSBA# 10909
Law Offices of Bart Klein

5   605 First Avenue, #500
Seattle, Washington 98104

6   Phone: 206-755-5651
Email:  bart.klein@bartklein.com

7   *Attorney for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION                              - 2                              UNITED STATES ATTORNEY
 2:23-cv-1582-JNW                                                               700 STEWART STREET, SUITE 5220
                                                                                SEATTLE, WASHINGTON 98101
                                                                                (206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The parties having so stipulated and agreed, the Court hereby ORDERS that the Complaint shall be dismissed without prejudice with each party to bear their own fees and costs.

DATED this 18th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970